UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR DAMIEN PINEDA-PORTILLO,<br><br>           Plaintiff,<br><br>vs.<br><br>SIX UNKNOWN NAMES AGENTS,<br><br>           Defendants.<br>_____/ | 1:07-cv-00067 LJO NEW (DLB) P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 5)<br><br>**ORDER DISMISSING ACTION** |

    Plaintiff, Hector Damien Pineda-Portillo ("Plaintiff"), is a federal prisoner proceeding pro se in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 22, 2007, the Magistrate Judge filed Findings and a Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation.

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendation to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendation, filed May 22, 2007,
8 are ADOPTED IN FULL; and,
9    2.   This action is DISMISSED for plaintiff's failure to
10 prosecute based on plaintiff's failure to obey the court's order
11 of March 21, 2007.
12 IT IS SO ORDERED.

**Dated:   July 12, 2007**                    /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE